HOLDERMAN, J.

(No. 5881—

GARDEN CITY ENGINEERING COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.

186

*Opinion filed April 27, 1971.*

CLAUSEN, HIRSH, MILLER AND GORMAN, Attorneys for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

HOLDERMAN, J.